1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

     v.

SHIVBIR S. GREWAL and
PREETINDER GREWAL,

          Defendants.

Case No.:  SACV 14-02026-JLS (DFMx)

**FINAL JUDGMENT AS TO
DEFENDANT SHIVBIR S. GREWAL**

1  The Securities and Exchange Commission (the "Commission") having filed a
2  Complaint and Defendant Shivbir S. Grewal having entered a general appearance;
3  consented to the Court's jurisdiction over Defendant and the subject matter of this
4  action; consented to entry of this Final Judgment without admitting or denying the
5  allegations of the Complaint (except as to jurisdiction and except as otherwise
6  provided herein in paragraph V); waived findings of fact and conclusions of law; and
7  waived any right to appeal from this Final Judgment:

8  I.

9  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant
10  and Defendant's agents, servants, employees, attorneys, and all persons in active
11  concert or participation with them who receive actual notice of this Final Judgment
12  by personal service or otherwise are permanently restrained and enjoined from
13  violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934
14  (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder
15  [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate
16  commerce, or of the mails, or of any facility of any national securities exchange, in
17  connection with the purchase or sale of any security:

18  (a)  to employ any device, scheme, or artifice to defraud;

19  (b)  to make any untrue statement of a material fact or to omit to state a
20  material fact necessary in order to make the statements made, in the light of the
21  circumstances under which they were made, not misleading; or

22  (c)  to engage in any act, practice, or course of business which operates or
23  would operate as a fraud or deceit upon any person.

24  II.

25  IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that
26  Defendant and Defendant's agents, servants, employees, attorneys, and all persons in
27  active concert or participation with them who receive actual notice of this Final
28  Judgment by personal service or otherwise are permanently restrained and enjoined

FINAL JUDGMENT AS TO DEFENDANT
SHIVBIR S. GREWAL

1   from violating Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15

2   U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or

3   instruments of transportation or communication in interstate commerce or by use of

4   the mails, directly or indirectly:

5       (a)    to employ any device, scheme, or artifice to defraud;

6       (b)    to obtain money or property by means of any untrue statement of a

7   material fact or any omission of a material fact necessary in order to make the

8   statements made, in light of the circumstances under which they were made,

9   not misleading; or

10      (c)    to engage in any transaction, practice, or course of business which

11  operates or would operate as a fraud or deceit upon the purchaser.

12                  III.

13      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant

14  is liable for disgorgement of $30,343.17 together with prejudgment interest thereon in

15  the amount of $997.68 and a civil penalty in the amount of $30,343.17 pursuant to

16  Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)] and Section 20(d) of

17  the Securities Act [15 U.S.C. § 77t(d)].  Defendant shall satisfy this obligation by

18  paying $61,684.02 to the Commission within fourteen (14) days after entry of this

19  Final Judgment.

20      Defendant may transmit payment electronically to the Commission, which will

21  provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also

22  be made directly from a bank account via Pay.gov through the SEC website:

23  www.sec.gov/about/offices/ofm.htm.  Defendant may also pay by certified check,

24  bank cashier's check, or United States postal money order payable to the Securities

25  and Exchange Commission, which shall be delivered or mailed to

26          Enterprise Services Center

27          Accounts Receivable Branch
        6500 South MacArthur Boulevard

28          Oklahoma City, OK 73169

FINAL JUDGMENT AS TO DEFENDANT
SHIVBIR S. GREWAL

1   and shall be accompanied by a letter identifying the case title, civil action number,

2   and name of this Court; Shivbir S. Grewal as a defendant in this action; and

3   specifying that payment is made pursuant to this Final Judgment.

4        Defendant shall simultaneously transmit photocopies of evidence of payment

5   and case identifying information to the Commission's counsel in this action.  By

6   making this payment, Defendant relinquishes all legal and equitable right, title, and

7   interest in such funds and no part of the funds shall be returned to Defendant.  The

8   Commission shall send the funds paid pursuant to this Final Judgment to the United

9   States Treasury.

10        The Commission may enforce the Court's judgment for disgorgement and

11   prejudgment interest by moving for civil contempt (and/or through other collection

12   procedures authorized by law) at any time after fourteen (14) days following entry of

13   this Final Judgment.  Defendant shall pay post judgment interest on any delinquent

14   amounts pursuant to 28 U.S.C. § 1961.

15   IV.

16        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the

17   Consent is incorporated herein with the same force and effect as if fully set forth

18   herein, and that Defendant shall comply with all of the undertakings and agreements

19   set forth therein.

20   V.

21        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, solely for

22   purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code

23   [11 U.S.C. § 523], the allegations in the Complaint are true and admitted by

24   Defendant, and further, any debt for disgorgement, prejudgment interest, civil penalty

25   or other amounts due by Defendant under this Final Judgment or any other judgment,

26   order, consent order, decree or settlement agreement entered in connection with this

27   proceeding, is a debt for the violation by Defendant of the federal securities laws or

28

FINAL JUDGMENT AS TO DEFENDANT
SHIVBIR S. GREWAL

1   any regulation or order issued under such laws, as set forth in Section 523(a)(19) of

2   the Bankruptcy Code [11 U.S.C. § 523(a)(19)].

3                            VI.

4       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court

5   shall retain jurisdiction of this matter for the purposes of enforcing the terms of this

6   Final Judgment.

7

8                            **SO ORDERED:**

9

10   Dated:  January 19, 2015

11                            _____

                                       Honorable Josephine L. Staton

12                                United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             FINAL JUDGMENT AS TO DEFENDANT

                                                     SHIVBIR S. GREWAL